UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | PATRICK & SONS, INC. | § | Case No. 09-22710 |
| | | § | |
| | MART, HILL'S GARAGE | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 06/07/2011 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/03/2011          By:   /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: PATRICK & SONS, INC. | § | Case No. 09-22710 |
| | § | |
| MART, HILL'S GARAGE | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,082.78 |
| *and approved disbursements of* | $ 4.88 |
| *leaving a balance on hand of* [1] | $ 6,077.90 |
| **Balance on hand:** | $ 6,077.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | Internal Revenue Service | 5,076.88 | 5,076.88 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,077.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 1,358.27 | 0.00 | 743.28 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 6,680.00 | 0.00 | 3,655.44 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 227.84 | 0.00 | 124.68 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,554.50 | 0.00 | 1,554.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,077.90 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $            0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,743.98 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 432.24 | 0.00 | 0.00 |
| 5P | Internal Revenue Service | 20,815.61 | 0.00 | 0.00 |
| 7P | Illinois Department of Revenue | 496.13 | 0.00 | 0.00 |

Total to be paid for priority claims:  $            0.00
Remaining balance:  $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,370.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | PEOPLES GAS LIGHT AND COKE CO | 2,058.94 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | 100.00 | 0.00 | 0.00 |
| 3 | Shawn Scheizer | 4,500.00 | 0.00 | 0.00 |
| 4 | Yellow Book Sales and Distribution Company, Inc. | 11,684.53 | 0.00 | 0.00 |
| 5U | Internal Revenue Service | 8,400.44 | 0.00 | 0.00 |
| 6 | Indiana Insurance Company | 2,626.50 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $            0.00
Remaining balance:  $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 168.61 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7U | Illinois Department of Revenue | 168.61 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                        United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 09-22710-SPS
Patrick & Sons, Inc.                                          Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal             Page 1 of 2                  Date Rcvd: May 04, 2011
                              Form ID: pdf006            Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2011.
db          +Patrick & Sons, Inc.,    5940 W. Fullerton,    Chicago, IL 60639-2241
aty         +John A Haderlein,    815-C Country Club Drive,    Libertyville, IL 60048-3430
tr          +Eugene Crane,   Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
             Chicago, IL 60603-4101
14076172     ABC Supply c/o Hunter Warfield,    3111 W. Dr. Martin Luther King Blvd.,    Suite 200,
             Tampa, FL 33607
14076173     ADT,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
14076178    +AMC,    P.O. Box 5926,   Carol Stream, IL 60197-5926
14076179     AT & T,    P.O. Box 8100,    Aurora, IL 60507-8100
14076168    +All Electric,    8400 Wilmette,    Darien, IL 60561-5449
14076171    +Alliant Energy,    P.O. Box 3068,    Cedar Rapids, IA 52406-3068
14076169    +Allied Building Products,    2424 N. Pulaski,    Chicago, IL 60639-2114
14076170     American Express,    P.O. Box 53852,    Phoenix, AZ 85072-3852
14076177     Anchor Lincoln Park,    75 Remittance Drive,    Suite 1620,   Chicago, IL 60675-1620
14076232     Baker & Miller (Yellow Pages),    29 N. Wacker Drive, 5th Floor,    Chicago, IL 60606-2854
14076181     Bally,    P.O. Box 1070,   Norwalk, CA 90651-1070
14076163    +Bank of America,    4161 Piedmont Parkway,    Greensboro, NC 27410-8119
14076182     Bank of America, NA,    101 N. Tryon St, NC1-001-07-06,    Charlotte, NC 28255-0001
14076186    +Bank of America, NA,    Recovery Mgmt, MO2-100-09-18,    100 N. Broadway,
             St. Louis, MO 63102-2728
14076185     Bank of America, NA,    MO1-800-17-09,    P.O. Box 236,    St. Louis, MO 63166-0236
14076184     Bank of America, NA,    P.O. Box 2864,    CT2-515-BB-12,    Hartford, CT 06101-8715
14076187    +Bank of America, NA c/o ERS Solutions,     P.O. Box 6030,   Hauppauge, NY 11788-9030
14076180     Blue Cross/Blue Shield,    300 E. Randolph,    Chicago, IL 60601-5099
14076199    +CBE,    131 Tower Pkwy, Suite 100,    Waterloo, IA 50701-9374
14076193     CNA Surety,    8137 Innovation Way,    Chicago, IL 60682-0081
14076164     Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
14076223     Capital One Bank,    P.O. Box 5294,    Carol Stream, IL 60197-5294
14076194    +Charter One,    1 Citizens Drive,    Riverside, RI 02915-3019
14076200     Charter One,    One Citizens Drive,    Riverside, RI 02915-3000
14076195     Chase,    Illinois Market,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
14076189     Chase,    P.O. Box 9001937,    Louisville, KY 40290-1937
14076190     Chase,    P.O. Box 206180,    Baton Rouge, LA 70826-0180
14076221    +Chicago Sun-Times,    401 N. Wabash,    Chicago, IL 60611-3583
14076196    +Citi (AT&T Universal),    P.O. Box 44195,    Jacksonville, FL 32231-4195
14076197    +City of Chicago/Bus. Affairs & Licensing,     City Hall, Room 800,    121 N. LaSalle,
             Chicago, IL 60602-1202
14076198    +Com Ed,   Bill Payment Center,    Chicago, IL 60668-0001,    CBE,   131 Tower Pkwy, Suite 100,
             Waterloo, IA 50701-9374
14076188     Credit One Visa,    P.O. Box 60500,    City of Industry, CA 91716-0500
14076202     Dell,    P.O. Box 5275,   Carol Stream, IL 60197-5275
14076167     Department of the Treasury,    Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
14076237    +Door Distributors,    5429 W. Roosevelt Road,    Cicero, IL 60804-1226
14076233    +Easy Yellow Pages.com,    1 Columbus Center, Suite 600,    Virginia Beach, VA 23462-6760
14076203    +Enterprise,    P.O. Box 99,   Lombard, IL 60148-0099
14076238    +First Credit,    One Woodbridge Center, Suite 410,    Woodbridge, NJ 07095-1151
14076165     Ford Credit,    P.O. Box 790093,    St. Louis, MO 63179-0093
14076166     GMAC,    P.O. Box 78369,    Phoenix, AZ 85062-8369
14076205     Garage Door Supplies,    7211 S. Lockwood Ave.,    Bedford Pk, IL 60638-6521
14076206    +Grand Tire & Supply,    7034 W. Grand,    Chicago, IL 60707-2106
14076208    +HSBC,    P.O. Box 4160,    Carol Stream, IL 60197-4160
14076207     Home Depot,    P.O. Box 6029,    The Lakes, NV 88901-6029
14076210     IDES,    P.O. Box 3637,    Springfield, IL 62708-3637
15152990    +Illinois Department of Employment Security,     33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
16178311     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
14076209    +Indiana Insurance,    P.O. Box 2050,    Keene, NH 03431-7050
15713509     Indiana Insurance Company,    POB MS #147,    Keene, NH 03431
14076204    +Jiffy Lube Fleet Service,    c/o Sound Billing LLC,    P.O. Box 620130,    Middleton, WI 53562-0130
14076214    +LaSalle Bank, NA,    135 South LaSalle Street,    Chicago, IL 60603-4177
14076213     Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
14076212    +Lakefront Roofing & Siding Supply,    2950 N. Western,    Chicago, IL 60618-8021
14076162    +Law Offices of John Haderlein, Esq.,     815-C Country Club Drive,    Libertyville, IL 60048-3430
14076216     Menards,    c/o HSBC Business Solutions,    P.O. Box 5219,    Carol Stream, IL 60197-5219
14076219    +Orchard Bank,    c/o HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
14142032    +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
14076236    +Pekin Insurance,    2505 Court Street,    Pekin, IL 61558-0002
14076220    +People's Gas,    Chicago, IL 60687-0001
14076235    +S&S Lending,    1121 South Military Trail,    Deerfield Beach, FL 33442-7645
15321341    +Shawn Scheizer,    411 Washington Street,    Glenview, IL 60025-5054
14076176     Sprint c/o AFNI,    P.O. Box 3517,    Bloomington, IL 61702-3517
14076225    +Standard Lumber,    1912 Lehigh,    Glenview, IL 60026-1618
14076224     State Farm Payment Plan,    P.O. Box 2329,    Bloomington, IL 61702-2329
14076222    +State Farm c/o RT Wells Ins Co,    18 Green Bay Rd.,    Winnetka, IL 60093-4006
```

```
District/off: 0752-1           User: corrinal              Page 2 of 2                   Date Rcvd: May 04, 2011
                               Form ID: pdf006             Total Noticed: 77

 14076226      Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
 14076230      West Asset Management,    P.O. Box 790113,    St. Louis, MO 63179-0113
 14076229      Willis,   9700 W. Irving Park Rd.,    Schiller Park, IL 60176-1908
 15696514     +Yellow Book Sales and Distribution Company, Inc.,     c/o Baker & Miller, P.C.,
               29 N. Wacker Dr.,   Suite 500,    Chicago, IL 60606-3227
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 14076191      E-mail/Text: legalcollections@comed.com May 04 2011 22:03:32      Com Ed,    Bill Payment Center,
               Chicago, IL 60668-0001
 14076218      E-mail/Text: bankrup@nicor.com May 04 2011 22:01:03      Nicor,    P.O. Box 310,
               Aurora, IL 60507-0310
 14076217      E-mail/Text: bankrup@nicor.com May 04 2011 22:01:03      Nicor,    P.O. Box 0632,
               Aurora, IL 60507-0632
 14076228      Fax: 866-419-3894 May 04 2011 22:42:38     US Cellular,    P.O. Box 0203,
               Palatine, IL 60055-0203
 14076231      E-mail/Text: Bankruptcy-Notifications@we-energies.com May 04 2011 22:05:21       We Energies,
               P.O. Box 2046,   Milwaukee, WI 53201-2046
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty           Crane, Eugene
 aty           Crane, Heyman, Simon, Welch & Clar
 14076174*     ADT,   P.O. Box 371967,    Pittsburgh, PA 15250-7967
 14076175*    +Alliant Energy,    P.O. Box 3068,   Cedar Rapids, IA 52406-3068
 14076183*     Bank of America, NA,    101 N. Tryon St, NC1-001-07-06,    Charlotte, NC 28255-0001
 14076201*    +Chase,   Illinois Market,    P.O. Box 260180,   Baton Rouge, LA 70826-0180
 14076192*     Com Ed,   Bill Payment Center,    Chicago, IL 60668-0001
 14076234*     Com Ed,   Bill Payment Center,    Chicago, IL 60668-0001
 15321342*    +IDES,   POB 3637,   Springfield, IL 62708-3637
 14076215*    +LaSalle Bank, NA,    135 South LaSalle Street,    Chicago, IL 60603-4177
 14142163*    +PEOPLES GAS LIGHT AND COKE CO,     130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
 14076161*    +Patrick & Sons, Inc.,    5940 W. Fullerton,    Chicago, IL 60639-2241
 14076227*     Target National Bank,    P.O. Box 59317,   Minneapolis, MN 55459-0317
 14076211    ##+JRP Services,    3946 N. Central,   Chicago, IL 60634-2732
                                                                                   TOTALS: 2, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2011**                    **Signature:**    *Joseph Speetjens*