**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: PATRICK & SONS, INC. | § Case No. 09-22710 |
| | § |
| MART, HILL'S GARAGE | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   EUGENE CRANE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $155,644.00                    Assets Exempt:   $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00            Claims Discharged
                                                  Without Payment:  $453,633.00

Total Expenses of Administration:  $6,082.83

---

   3)  Total gross receipts of $     6,082.83    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $         0.00    (see **Exhibit 2**), yielded net receipts of $6,082.83
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $161,465.57 | $5,076.88 | $5,076.88 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,825.49 | 9,825.49 | 6,082.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 35,335.65 | 21,743.98 | 21,743.98 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 421,526.29 | 29,539.02 | 29,539.02 | 0.00 |
| **TOTAL DISBURSEMENTS** | $618,327.51 | $66,185.37 | $66,185.37 | $6,082.83 |

4) This case was originally filed under Chapter 7 on June 22, 2009. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2011          By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3 automobiles: 1998 Ford Van, 2002 and 2004 Ford | 1129-000 | 6,081.11 |
| Interest Income | 1270-000 | 1.72 |
| **TOTAL GROSS RECEIPTS** | | **$6,082.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | Internal Revenue Service | 4800-000 | N/A | 5,076.88 | 5,076.88 | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 154,210.04 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 4210-000 | 6,416.70 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 4210-000 | 838.83 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$161,465.57** | **$5,076.88** | **$5,076.88** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 1,358.27 | 1,358.27 | 1,358.27 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 6,680.00 | 6,680.00 | 2,937.34 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 227.84 | 227.84 | 227.84 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,554.50 | 1,554.50 | 1,554.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.88 | 4.88 | 4.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,825.49 | 9,825.49 | 6,082.83 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 5800-000 | 335.65 | 432.24 | 432.24 | 0.00 |
| 5P | Internal Revenue Service | 5800-000 | 35,000.00 | 20,815.61 | 20,815.61 | 0.00 |
| 7P | Illinois Department of Revenue | 5800-000 | N/A | 496.13 | 496.13 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 35,335.65 | 21,743.98 | 21,743.98 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | 1,982.50 | 2,058.94 | 2,058.94 | 0.00 |
| 2U | Illinois Department of Employment Security | 7100-000 | N/A | 100.00 | 100.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Shawn Scheizer | 7100-000 | 4,500.00 | 4,500.00 | 4,500.00 | 0.00 |
| 4 | Yellow Book Sales and Distribution Company, Inc. | 7100-000 | 10,068.29 | 11,684.53 | 11,684.53 | 0.00 |
| 5U | Internal Revenue Service | 7100-000 | N/A | 8,400.44 | 8,400.44 | 0.00 |
| 6 | Indiana Insurance Company | 7100-000 | 2,625.50 | 2,626.50 | 2,626.50 | 0.00 |
| 7U | Illinois Department of Revenue | 7200-000 | N/A | 168.61 | 168.61 | 0.00 |
| NOTFILED | Nicor | 7100-000 | 67.80 | N/A | N/A | 0.00 |
| NOTFILED | Lakefront Roofing & Siding Supply | 7100-000 | 4,396.34 | N/A | N/A | 0.00 |
| NOTFILED | Lab Corp | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | LaSalle Bank, NA | 7100-000 | 466.11 | N/A | N/A | 0.00 |
| NOTFILED | LaSalle Bank, NA | 7100-000 | 226,330.41 | N/A | N/A | 0.00 |
| NOTFILED | JRP Services | 7100-000 | 2,051.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards c/o HSBC Business Solutions | 7100-000 | 1,048.99 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 1,174.09 | N/A | N/A | 0.00 |
| NOTFILED | Dell | 7100-000 | 6,605.45 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 181.00 | N/A | N/A | 0.00 |
| NOTFILED | Garage Door Supplies | 7100-000 | 1,023.44 | N/A | N/A | 0.00 |
| NOTFILED | Jiffy Lube Fleet Service c/o Sound Billing LLC | 7100-000 | 240.25 | N/A | N/A | 0.00 |
| NOTFILED | Charter One One Citizens Drive | 7100-000 | 129.27 | N/A | N/A | 0.00 |
| NOTFILED | Chase Illinois Market | 7100-000 | 89.11 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank c/o HSBC Card Services | 7100-000 | 486.47 | N/A | N/A | 0.00 |
| NOTFILED | Grand Tire & Supply | 7100-000 | 360.69 | N/A | N/A | 0.00 |
| NOTFILED | Enterprise | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 338.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 7,649.85 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed Bill Payment Center | 7100-000 | 437.37 | N/A | N/A | 0.00 |
| NOTFILED | Easy Yellow Pages.com | 7100-000 | 479.99 | N/A | N/A | 0.00 |
| NOTFILED | S&S Lending | 7100-000 | 2,398.00 | N/A | N/A | 0.00 |
| NOTFILED | Door Distributors | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pekin Insurance | 7100-000 | 1,457.00 | N/A | N/A | 0.00 |
| NOTFILED | Shawn Schleizer | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Credit | 7100-000 | 381.11 | N/A | N/A | 0.00 |
| NOTFILED | We Energies | 7100-000 | 971.30 | N/A | N/A | 0.00 |
| NOTFILED | Willis | 7100-000 | 8.00 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 214.84 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 14,775.90 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | State Farm c/o RT Wells Ins Co | 7100-000 | 1,395.46 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Payment Plan | 7100-000 | 3,584.95 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 19,572.48 | N/A | N/A | 0.00 |
| NOTFILED | Standard Lumber | 7100-000 | 11,955.87 | N/A | N/A | 0.00 |
| NOTFILED | US Cellular | 7100-000 | 556.28 | N/A | N/A | 0.00 |
| NOTFILED | CBE | 7100-000 | 1,488.63 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Sun-Times | 7100-000 | 518.28 | N/A | N/A | 0.00 |
| NOTFILED | CNA Surety | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT | 7100-000 | 243.19 | N/A | N/A | 0.00 |
| NOTFILED | ADT | 7100-000 | 237.19 | N/A | N/A | 0.00 |
| NOTFILED | Alliant Energy | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Anchor Lincoln Park | 7100-000 | 384.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint c/o AFNI | 7100-000 | 401.19 | N/A | N/A | 0.00 |
| NOTFILED | AT & T | 7100-000 | 571.59 | N/A | N/A | 0.00 |
| NOTFILED | AMC | 7100-000 | 923.58 | N/A | N/A | 0.00 |
| NOTFILED | ABC Supply c/o Hunter Warfield | 7100-000 | 612.92 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 2,135.09 | N/A | N/A | 0.00 |
| NOTFILED | Allied Building Products | 7100-000 | 388.12 | N/A | N/A | 0.00 |
| NOTFILED | All Electric | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross/Blue Shield | 7100-000 | 817.25 | N/A | N/A | 0.00 |
| NOTFILED | Bally | 7100-000 | 424.30 | N/A | N/A | 0.00 |
| NOTFILED | CBE | 7100-000 | 119.65 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed Bill Payment Center | 7100-000 | 337.41 | N/A | N/A | 0.00 |
| NOTFILED | Charter One | 7100-000 | 181.32 | N/A | N/A | 0.00 |
| NOTFILED | Citi (AT&T Universal) | 7100-000 | 12,498.13 | N/A | N/A | 0.00 |
| NOTFILED | Chase Illinois Market | 7100-000 | 36.25 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed Bill Payment Center | 7100-000 | 1,442.77 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago/Bus. Affairs & Licensing | 7100-000 | 62.50 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed Bill Payment Center | 7100-000 | 382.19 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 359.58 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, NA | 7100-000 | 337.15 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, NA | 7100-000 | 2,490.28 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, NA | 7100-000 | 8,715.98 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, NA | 7100-000 | 471.89 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, NA c/o ERS Solutions | 7100-000 | 570.98 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Credit One Visa | 7100-000 | 623.41 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, NA | 7100-000 | 1,527.28 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 401.08 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 421,526.29 | 29,539.02 | 29,539.02 | 0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-22710  
Case Name: PATRICK & SONS, INC.  
Period Ending: 08/19/11

Trustee: (330350) EUGENE CRANE  
Filed (f) or Converted (c): 06/22/09 (f)  
§341(a) Meeting Date: 08/05/09  
Claims Bar Date: 08/10/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5940 W. Fullerton, Chicago | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 44.00 | 44.00 | DA | 0.00 | FA |
| 3 | Business checking account | 100.00 | 100.00 | DA | 0.00 | FA |
| 4 | Stock interest in Patrick & Sons, Inc. | 100.00 | 100.00 | DA | 0.00 | FA |
| 5 | 3 automobiles: 1998 Ford Van, 2002 and 2004 Ford | 3,900.00 | 3,900.00 | DA | 6,081.11 | FA |
| 6 | Work tools | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.72 | FA |
| 7 | Assets    Totals (Excluding unknown values) | $155,644.00 | $5,644.00 | | $6,082.83 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):     June 30, 2010          Current Projected Date Of Final Report (TFR):     April 26, 2011  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-22710 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | PATRICK & SONS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******37-65 - Money Market Account |
| Taxpayer ID #: | **-***9304 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/19/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/10 | {5} | American Auction Associates, Inc. | Proceeds from auction of debtor's vehicles(3) | 1129-000 | 6,081.11 | | 6,081.11 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 6,081.36 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 6,081.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.36 | | 6,082.07 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 6,082.42 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,082.46 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,082.51 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,082.55 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,082.60 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,082.65 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,082.69 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-22710, ~ Blanket Bond #016026455 | 2300-000 | | ! 4.88 | 6,077.81 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,077.86 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,077.90 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,077.95 |
| 06/07/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 6,077.95 |
| 06/07/11 | | To Account #9200******3766 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 6,077.95 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 6,082.83 | 6,082.83 | $0.00 |
| Less: Bank Transfers | | 0.00 | 6,077.95 | |
| Subtotal | | 6,082.83 | 4.88 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $6,082.83 | $4.88 | |

{} Asset reference(s)    !-Not printed or not transmitted                          Printed: 08/19/2011 01:48 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-22710 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | PATRICK & SONS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******37-66 - Checking Account |
| Taxpayer ID #: | **-***9304 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/19/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/07/11 | | From Account #9200******3765 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 6,077.95 | | 6,077.95 |
| 06/07/11 | 101 | EUGENE CRANE | Dividend paid 100.00% on $1,358.27, Trustee Compensation; Reference: | 2100-000 | | 1,358.27 | 4,719.68 |
| 06/07/11 | 102 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,554.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,554.50 | 3,165.18 |
| 06/07/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $227.84, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 227.84 | 2,937.34 |
| 06/07/11 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 43.97% on $6,680.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,937.34 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,077.95 | 6,077.95 | $0.00 |
| | | | Less: Bank Transfers | | 6,077.95 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,077.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $6,077.95 | |

{} Asset reference(s)

Printed: 08/19/2011 01:48 PM V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-22710 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | PATRICK & SONS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******37-67 - Money Market Account |
| Taxpayer ID #: | **-***9304 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/19/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******37-65 | 6,082.83 | 4.88 | 0.00 |
| Checking # 9200-******37-66 | 0.00 | 6,077.95 | 0.00 |
| MMA # 9200-******37-67 | 0.00 | 0.00 | 0.00 |
| | $6,082.83 | $6,082.83 | $0.00 |

{} Asset reference(s)    Printed: 08/19/2011 01:48 PM    V.12.57